**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :
     :
     v.      :     **Case No. 24-CR-522**
     :
REBECCA LOPEZ-ANTONIO and      :
JUAN LOPEZ-ANTONIO      :
     :
     :
     Defendant.      :

## ORDER

Pursuant to the motion filed by the United States, ECF No. 20, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _22nd_ day of _Jan._, 2025.

_____
HONORABLE JAMES E. BOASBERG
United States District Court Judge